```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

```
THEODORE A. HILL,              :
                               :
     Plaintiff,                :
                               :
v.                             :          CIVIL ACTION 04-0482-M
                               :
JO ANNE B. BARNHART,           :
                               :
     Defendant.                :
```

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Theodore A. Hill on all claims.

DONE this 23rd day of June, 2005.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```